**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Northern _____ District of  Illinois _____
_____(State)

Case number *(if known):* _____  Chapter  7 _____

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| **Part 1:** | **Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed** |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

■ Chapter *7*
☐ Chapter 11

| **Part 2:** | **Identify the Debtor** |
|---|---|

**2. Debtor's name**

American Hotel Register Company

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Vernon Hills Service Company

**4. Debtor's federal Employer Identification Number (EIN)**

■ Unknown

EIN __ __ – __ __ __ __ __ __ __

**5. Debtor's address**

**Principal place of business**

100  South Milwaukee Avenue
Number   Street

Vernon Hills _____ IL   60061
City _____ State  ZIP Code

Lake _____
County

**Mailing address, if different**

_____
Number   Street

P.O. Box _____

_____ _____ _____
City   State  ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number   Street

_____

_____ _____ _____
City   State  ZIP Code

Debtor __American Hotel Register Company_____    Case number (if known)_____
      Name

**6.** **Debtor's website (URL)**     https://www.americanhotel.com/

**7.** **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8.** **Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9.** **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☑ No
- ☐ Yes. Debtor _____    Relationship _____
  
  District _____ Date filed _____    Case number, if known_____
                          MM / DD / YYYY

  Debtor _____    Relationship _____

  District _____ Date filed _____    Case number, if known_____
                          MM / DD / YYYY

---

**Part 3:**    **Report About the Case**

**10. Venue**

*Check one:*

- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☐ No
- ☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor    **American Hotel Register Company**
Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| The Winsford Company, LLC DBA Forbes Industries | Goods Sold and Delivered | $ 307,984.24 |
| Scribe Opco, Inc. | Goods Sold and Delivered | $ 268,782.44 |
| SLFAQ LLC | Goods Sold and Delivered | $ 276,598.91 |
| | Total of petitioners' claims | $ 855,365.59 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:** Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner

The Winsford Company, LLC DBA Forbes Industries
Name

1933   E. Locust Street
Number    Street

Ontario            CA        91761
City                State        ZIP Code

Name and mailing address of petitioner's representative, if any

Colin Vigdal
Name

1933   E. Locust Street
Number    Street

Ontario            CA        91761
City                State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10 /11/2021
                MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Marc S. Lichtman
Printed name

Lichtman Eisen Partners, Ltd.
Firm name, if any

134   North LaSalle Street, Suite 750
Number    Street

Chicago            IL        60602
City                State        ZIP Code

Contact phone   312-332-0247   Email   mlichtman@lichtmanpartners.com

Bar number   6189712 - IL

State   IL

✗ _____
Signature of attorney

Date signed   10 /11/2021
                MM / DD / YYYY

Debtor  **American Hotel Register Company**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Scribe Opco, Inc.
Name

14421  Myerlake Circle
Number    Street

Clearwater                    FL          33760-2840
City                          State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Marc S. Lichtman
Name

134 North LaSalle Street; Suite 750
Number    Street

Chicago              Illinois       60602
City                 State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/12-2021
            MM / DD / YYYY

✗ _Rebecca Simmons_
Signature of petitioner or representative, including representative's title

_Senior Credit Manager_

**Name and mailing address of petitioner**

SLFAQ, LLC
Name

670  White Plains Road, PH Floor
Number    Street

Scarsdale                     NY          10583
City                          State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Joseph Sarachek
Name

670  White Plains Road, PH Floor
Number    Street

Scarsdale                     NY          10583
City                          State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/03/2021
            MM / DD / YYYY

✗ _J E S__ Managing_
Signature of petitioner or representative, including representative's title
_Partner_

Marc S. Lichtman
Printed name

Lichtman Eisen Partners, Ltd.
Firm name, if any

134  North LaSalle Street, Suite 750
Number    Street

Chicago                    IL          60602
City                       State       ZIP Code

Contact phone 312-332-0247  Email mlichtman@lichtmanpartners.com

Bar number  **Illinois ARDC--6189712**

State  IL

✗ _[signature]_
Signature of attorney

Date signed  10/12/2021
             MM / DD / YYYY

Marc S. Lichtman
Printed name

Lichtman Eisen Partners, Ltd.
Firm name, if any

134  North LaSalle Street, Suite 750
Number    Street

Chicago                    IL          60602
City                       State       ZIP Code

Contact phone 312-332-0247  Email mlichtman@lichtmanpartners.com

Bar number  **Illinois ARDC--6189712**

State  IL

✗ _[signature]_
Signature of attorney

Date signed  10/03/2021
             MM / DD / YYYY

Official Form 205            Involuntary Petition Against a Non-Individual            page 4