Summons to Debtor in Involuntary Case (Form B-2500E)

Form B 2500(E) (12/15)

# United States Bankruptcy Court
## Northern District Of Illinois
### EASTERN DIVISION

In re American Hotel Register Company ) Case No. 1:21bk11733
)
)
Debtor* )
) Chapter 7
)

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: American Hotel Register Company d/b/a Vernon Hills Service Compny 100 South Milwaukee Vernon Hills, IL 60061
Attn: Robert Baker, Registered Agent

A petition under title 11, United States Code was filed against you in this bankruptcy court on October 14, 2021 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:
Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Room 713
Chicago, IL 60604

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
Marc S. Lichtman
Lichtman Eisen Partners, Ltd.
134 North LaSalle Street, Suite 750
Chicago, IL 60602

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

[scribbled-out hearing information block, illegible]

If you fail to respond to this summons, the order for relief will be entered.

Jeffrey P. Allsteadt _____ (Clerk of the Bankruptcy Court)

Date: 10-20-2021 By: [signature] (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

Vernon Hills Service Company