**Exhibit L**

EFiled: Sep 10 2021 11:53AM EDT
Transaction ID 66920509
Case No. 2021-0783-

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE ) | |
| ) | |
| Vernon Hills Service Company, ) | |
| an Illinois corporation ) | |
| Assignor, ) | |
| ) | C.A. No. 2021-____-___ |
| To: ) | |
| ) | |
| VHSC ABC LLC, ) | |
| a Delaware limited liability company, ) | |
| Assignee. ) | |
| ) | |

## PETITION FOR ASSIGNMENT
## FOR THE BENEFIT OF CREDITORS

Assignee, VHSC ABC LLC, petitions for an assignment for the benefit of creditors and states in support thereof as follows:

1. 10 *Del. C*. § 7381 confers jurisdiction on this Court in this case.

2. Assignor, Vernon Hills Service Company, is an Illinois corporation.

3. Assignee, VHSC ABC LLC, is a Delaware limited liability company and has offices in care of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, P.O. Box 1347, Wilmington, DE 19899-1347.

4. On information and belief, Assignor is indebted to various persons, corporations, and other entities and is unable to pay its debts in full. Among such corporations and entities is Wells Fargo Bank, National Association, the

Assignor's secured lender (the "Secured Lender"). Upon information and belief, the Secured Lender consents to the General Assignment (as defined below).

5. By the Trust Agreement and Assignment for the Benefit of Creditors of Vernon Hills Service Company (the "General Assignment") attached hereto as **Exhibit A**, Assignor has assigned its property and assets to Assignee and Assignee now holds such property and assets.

6. An affidavit of the Assignee, by its sole member Novo Advisors, LLC, in support of the petition for an assignment for the benefit of creditors providing further information about the Assignor Vernon Hills Service Company and the surrounding circumstances is attached hereto as **Exhibit B**.

WHEREFORE, Assignee, VHSC ABC LLC, requests that the Court (a) assert jurisdiction pursuant to 10 *Del. C.* § 7381, (b) enter the proposed order on petition for the benefit of creditors filed contemporaneously herewith, and (c) grant such other and further relief as the Court deems proper under the circumstances.

[*Signature page to follow*]

          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

          */s/ Derek C. Abbott*
          Derek C. Abbott (No. 3376)
          Joseph C. Barsalona II (No. 6102)
          1201 North Market Street, 16th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Email: dabbott@morrisnichols.com
                    jbarsalona@morrisnichols.com

          *Attorneys for Petitioner Assignee VHSC ABC LLC*

September 10, 2021

Word Count: 272