**Exhibit M**

**GRANTED**

EFiled: Sep 21 2021 12:08PM EDT
Transaction ID 66950695
Case No. 2021-0783-PAF

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE )<br>)<br>Vernon Hills Service Company, )<br>an Illinois corporation )<br>      Assignor, )<br>)<br>To: )<br>)<br>VHSC ABC LLC, )<br>a Delaware limited liability company, )<br>      Assignee. )<br>)<br>) | C.A. No. 2021-0783-PAF |

**[PROPOSED] ORDER ON PETITION FOR ASSIGNMENT
FOR THE BENEFIT OF CREDITORS**

Upon consideration of the Petition for Assignment for the Benefit of Creditors (the "Petition") of Vernon Hills Service Company ("Assignor"), filed by assignee VHSC ABC LLC ("Assignee"), and the Court having jurisdiction thereof pursuant to 10 *Del. C.* §§ 7381 *et seq.*, being advised of the grounds for the Petition, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The Court hereby asserts jurisdiction over the Petition pursuant to 10 *Del. C.* §§ 7381 *et seq.*; and

2. Assignee shall provide notice of the Petition to all creditors of Assignor by first class mail within fourteen (14) business days of the entry of this Order.

SO ORDERED this ___ day of _____, 2021.

_____
Vice Chancellor

2

This document constitutes a ruling of the court and should be treated as such.

|   |   |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Paul A Fioravanti Jr |
| **File & Serve Transaction ID:** | 66922927 |
| **Current Date:** | Sep 21, 2021 |
| **Case Number:** | 2021-0783-PAF |
| **Case Name:** | In re Vernon Hills Service Company, an Illinois corporation |
| **Court Authorizer:** | Paul A Fioravanti Jr |

/s/ Judge Paul A Fioravanti Jr