**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| AMERICAN HOTEL REGISTER COMPANY | ) | Case No. 21-11733 (ABG) |
| | ) | |
| Alleged Debtor. | ) | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1011(f) and 7007.1 of the Federal Rules of Bankruptcy Procedure, VHSC ABC LLC, the assignee for the benefit of the creditors of the above-captioned alleged debtor, hereby states as follows:

1. VHSC ABC LLC is 100% owned by its sole member, Novo Advisors LLC.

*[Signature page follows.]*

Dated: November 10, 2021                                   Respectfully submitted,

                                                **VERNON HILLS SERVICE COMPANY**

                                                By: /s/ Joseph C. Barsalona II
                                                             One of Their Attorneys

**GENSBURG CALANDRIELLO & KANTER, P.C.**
Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@gcklegal.com
E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone: 312-263-2200
Fax: 312-263-2242

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Derek C. Abbott
Email: dabbott@morrisnichols.com
Joseph C. Barsalona II (*pro hac vice* pending)
Email: jbarslona@morrisnichols.com
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Counsel to VHSC ABC LLC*